```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  LUCILLE GONZALES MEIS
    Regional Chief Counsel, Region IX
 3  Social Security Administration
    SARAH RYAN, State Bar of Texas #17479500
 4  Special Assistant United States Attorney
 5
        333 Market Street, Suite 1500
 6      San Francisco, California 94105
        Telephone:  (415) 977-8943
 7      Facsimile:  (415) 744-0134
        E-Mail: sarah.ryan@ssa.gov
 8
 9  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| THERESA PEREZ,                     ) | CIVIL NO. 1:08-CV-00463 TAG |
|                                    ) | |
|       Plaintiff,                   ) | STIPULATION AND ORDER TO |
|                                    ) | EXTEND TIME FOR DEFENDANT |
|       v.                           ) | TO FILE OPPOSITION TO |
|                                    ) | PLAINTIFF'S OPENING BRIEF |
| MICHAEL J. ASTRUE,                 ) | |
| Commissioner of                    ) | |
| Social Security,                   ) | |
|                                    ) | |
|       Defendant.                   ) | |
| _____    ) | |

TO THE HONORABLE THERESA ANN GOLDNER, MAGISTRATE JUDGE:

The parties, through their respective counsel, stipulate that the time for filing defendant's opposition to plaintiff's opening brief be extended from December 13, 2008, to January 12, 2009.

//

//

This is defendant's first request for an extension of time to file a response to plaintiff's opening brief. Defendant needs the additional time because Sarah Ryan, Special Assistant United States Attorney, needs the additional time to further review the file and prepare a response in this matter.

Respectfully submitted,

Dated: December 8, 2008        /s/ Marc V. Kalagian
                               (As authorized via telephone)
                               MARC V. KALAGIAN
                               Attorney for Plaintiff


Dated: December 8, 2008        McGREGOR W. SCOTT
                               United States Attorney
                               LUCILLE GONZALES MEIS
                               Regional Chief Counsel, Region IX
                               Social Security Administration


                                /s/ Sarah Ryan
                               SARAH RYAN
                               Special Assistant United States Attorney

## **ORDER**

The Court has read and considered the foregoing stipulation and finds that good cause exists to grant an extention of time. Accordingly, Defendant shall have to and including January 12, 2009, to file a response to Plaintiff's opening brief. This order is made nunc pro tunc to December 8, 2008.

IT IS SO ORDERED.

Dated:   **December 16, 2008**                    /s/ Theresa A. Goldner
                                          UNITED STATES MAGISTRATE JUDGE