# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA J. PEREZ, | Case No.:1:08-cv-00463 JLT |
| Plaintiff, | ORDER GRANTING STIPULATION TO AWARD ATTORNEYS FEES |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Before the Court is the stipulation of the parties that Plaintiff receive fees according to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). The parties stipulate that the amount awarded should be $2,800 and stipulate that Plaintiff's attorney, Marc V. Kalagian, is Plaintiff's assignee for receipt of these funds.

Based upon this stipulation, the Court awards Plaintiff, through her assignee Marc Kalagian, EAJA fees, costs and expenses in the amount of $2,800.

IT IS SO ORDERED.

Dated:  **June 17, 2010**                                  /s/ Jennifer L. Thurston
                                                            UNITED STATES MAGISTRATE JUDGE

1